UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.

RALSTON S. BROWN, JR.,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

STEPHENS & MICHAELS ASSOCIATES, INC.,

    Defendant.
_____/

## CLASS ACTION COMPLAINT
## JURY DEMAND

1.     Plaintiff alleges violation of the Fair Debt Collection Practices Act, 15 U.S.C. §1692 *et seq*. ("FDCPA").

## JURISDICTION AND VENUE

2.     This Court has jurisdiction under 28 U.S.C. §§1331, 1337, and 15 U.S.C. §1692k.  Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

## PARTIES

3.     Plaintiff, RALSTON S. BROWN, is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

4.      Defendant, STEPHENS & MICHAELS ASSOCIATES, INC., is a professional association and citizen of the State of New Hampshire with its principal place of business at 7 Stiles Road, Salem, New Hampshire, 03079.

5.      Defendant regularly uses the mail and telephone in a business the principal purpose of which is the collection of debts.

6.      Defendant regularly collects or attempts to collect debts for other parties.

7.      Defendant is a "debt collector" as defined in the FDCPA.

8.      Defendant was acting as a debt collector with respect to the collection of Plaintiff's alleged debt.

## FACTUAL ALLEGATIONS

9.      Defendant sought to collect from Plaintiff an alleged debt arising from transactions incurred for personal, family or household purposes.

10.     Defendant left the following messages on Plaintiff's voice mail on his cellular telephone on or about the dates stated:

> <u>Between December 4, 2009 and January 4, 2010 at 5:18 PM – Pre-Recorded Message</u>
> Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-201-0940, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-201-0940, and refer to file number 1342265. Thank you. Goodbye.

2

<u>Between December 4, 2009 and January 4, 2010 at 3:33 PM – Pre-Recorded Message</u>
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-201-0940, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-201-0940, and refer to file number 1342265. Thank you. Goodbye.

<u>January 13, 2010 at 5:09 PM – Pre-Recorded Message</u>
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-261-7666, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-261-7666, and refer to file number 1342265. Thank you. Goodbye.

<u>January 25, 2010 at 3:35 PM – Pre-Recorded Message</u>
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-261-7666, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-261-7666, and refer to file number 1342265. Thank you. Goodbye.

<u>February 4, 2010 at 12:34 PM – Pre-Recorded Message</u>
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-261-7666, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the

firm of Stephens and Michaels at 866-261-7666, and refer to file number 1342265. Thank you. Goodbye.

February 16, 2010 at 9:45 AM
Hello, this is Roberta Tamy with Stephens and Michaels Associates, I have an important matter I need to discuss with you, please return the call as soon as possible at 866-201-0940. Thank you.

March 3, 2010 at 5:55 PM – Pre-Recorded Message
Hello, this is an important message for Realston Brown Jr. Please understand, this is not a telemarketing call. Realston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Realston Brown Jr. Realston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 8, 2010 at 5:07 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 17, 2010 at 3:21 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 18, 2010 at 4:23 PM – Pre-Recorded Message

Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 22, 2010 at 3:52 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 23, 2010 at 3:46 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 24, 2010 at 2:53 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 25, 2010 at 4:23 PM – Pre-Recorded Message

Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 30, 2010 at 3:38 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 30, 2010 at 4:17 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

March 31, 2010 at 9:20 AM – Pre-Recorded Message
Hello, this is an important call for Ralston Brown Jr. This is not a sales or marketing call. It is important that we speak to Ralston Brown Jr. para continuar en espanol oprima el numero 9 if this is Ralston Brown Jr., please press 1 now. If this is not Ralston Brown Jr., please press 2 now. Once again, if this is Ralston Brown Jr., please press 1 now. If this is not Ralston Brown Jr., please press 2 now. Hello, this is an important message for Ralston Brown Jr. Please understand this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to

5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 1, 2010 at 3:22 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 3, 2010 at 4:01 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 6, 2010 at 5:08 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 7, 2010 at 4:51 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an

important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 12, 2010 at 9:08 AM – Pre-Recorded Message
Hello, this is an important call for Ralston Brown Jr. This is not a sales or marketing call. It is important that we speak to Ralston Brown Jr. para continuar en espanol oprima el numero 9. If this is Ralston Brown Jr., please press 1 now. If this is not Ralston Brown Jr., please press 2 now. Once again if this is Ralston Brown Jr., please press 1 now. If this is not Ralston Brown Jr., please press 2 now. Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr., please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 12, 2010 at 4:13 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr., please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 16, 2010 at 4:54 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr., please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 20, 2010 at 4:46 PM – Pre-Recorded Message

Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr., please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 22, 2010 at 3:57 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr., please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 28, 2010 at 6:55 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr., please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

April 30, 2010 at 5:03 PM – Pre-Recorded Message
Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

May 3, 2010 at 5:45 PM – Pre-Recorded Message

Hello, this is an important message for Ralston Brown Jr. Please understand, this is not a telemarketing call. Ralston Brown Jr., please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Our office hours are Monday through Thursday 8:30 AM to 8:00 PM Eastern Time, and Friday from 8:30 AM to 5:30 PM. Again, this is an important message for Ralston Brown Jr. Ralston Brown Jr. please call the firm of Stephens and Michaels at 866-497-1367, and refer to file number 1342265. Thank you. Goodbye.

<u>May 5, 2010 – Pre-Recorded Message</u>
Hello, this is Christina Barbo with the Stephens and Michaels Associates. I have an important matter I need to discuss with you, please return the call as soon as possible at 866-201-0940. Thank you.

<u>May 7, 2010 at 4:18 PM – Pre-Recorded Message</u>
Hello, this is Christina Barbo with the Stephens and Michaels Associates. I have an important matter I need to discuss with you, please return the call as soon as possible at 866-201-0940. Thank you.

<u>May 8, 2010 at 10:54 AM – Pre-Recorded Message</u>
Hello, this is Christina Barbo with the Stephens and Michaels Associates. I have an important matter I need to discuss with you, please return the call as soon as possible at 866-201-0940. Thank you.

<u>May 18, 2010 at 3:14 PM – Pre-Recorded Message</u>
Hello, this is Christina Barbo with the Stephens and Michaels Associates. I have an important matter I need to discuss with you, please return the call as soon as possible at 866-201-0940. Thank you.

<u>May 20, 2010 at 9:14 AM – Pre-Recorded Message</u>
Hello, this is Christina Barbo with the Stephens and Michaels Associates. I have an important matter I need to discuss with you, please return the call as soon as possible, at 866-201-0940. Thank-you.

11.   Based upon information and belief, Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").

12. The messages are "communications" as defined by 15 U.S.C. §1692a(2).

13. Defendant failed to inform Plaintiff that the communication was from a debt collector.

## COUNT I
## FAILURE TO DISCLOSE STATUS AS DEBT COLLECTOR

14. Plaintiff incorporates Paragraphs 1 through 13.

15. Defendant failed to disclose in the telephone messages that it is a debt collector in violation of 15 U.S.C. §1692e(11). See *Foti v. NCO Fin. Sys.*, 424 F. Supp. 2d 643, 646 (D.N.Y. 2006) and *Belin v. Litton Loan Servicing*, 2006 U.S. Dist. LEXIS 47953 (M. D. Fla. 2006) and *Leyse v. Corporate Collection Servs.*, 2006 U.S. Dist. LEXIS 67719 (D.N.Y. 2006).

## COUNT II
## FAILURE TO MAKE MEANINGFUL DISCLOSURE OF IDENTITY

16. Plaintiff incorporates Paragraphs 1 through 13.

17. Defendant placed telephone calls to Plaintiff without making meaningful disclosure of its identity when it failed to disclose the purpose of Defendant's communication in the telephone messages in violation of 15 U.S.C §1692d(6). See *Valencia v The Affiliated Group, Inc*., Case No. 07-61381-Civ-Marra/Johnson, 2008 U. S. Dist. LEXIS 73008, (S.D.Fla., September 23, 2008);

*Wright v. Credit Bureau of Georgia, Inc.*, 548 F. Supp. 591, 593 (D. Ga. 1982); and *Hosseinzadeh v. M.R.S. Assocs.*, 387 F. Supp. 2d 1104 (D. Cal. 2005).

## CLASS ACTION ALLEGATIONS

18. Plaintiff incorporates the foregoing paragraphs.

19. This action is brought on behalf of a class defined as:

   a. all Florida residents for whom Defendant left a telephone message in which it failed to disclose that the communication was from a debt collector or the purpose of the call,

   b. in an attempt to collect a debt incurred for personal, family or household purposes,

   c. due Bank of America

   d. during the one-year period prior to the filing of the complaint in this matter through the date of class certification.

20. Plaintiff alleges on information and belief based on the use of telephone messages that the class is so numerous that joinder of all members is impractical.

21. There are questions of law and fact common to the class, which common issues predominate over any issues involving only individual class members. The principal issues are:

   a. whether Defendant's messages violate the FDCPA and

      b.      whether Defendant is a debt collector.

22. The claims of Plaintiff are typical of those of the class members. All are based on the same facts and legal theories.

23. Plaintiff will fairly and adequately protect the interests of the class. Plaintiff has retained counsel experienced in handling actions involving unlawful practices under the FDCPA and class actions. Neither Plaintiff nor his counsel have any interests which might cause them not to vigorously pursue this action.

24. Certification of a class under Rule 23(b)(2) of the Federal Rules of Civil Procedure is appropriate in that Defendant has acted on grounds generally applicable to the class thereby making appropriate declaratory relief with respect to the class as a whole.

25. Certification of the class under Rule 23(b)(3) of the Federal Rules of Civil Procedure is also appropriate in that:

      a.      The questions of law or fact common to the members of the classes predominate over any questions affecting an individual member.

      b.      A class action is superior to other available methods for the fair and efficient adjudication of the controversy

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of himself and the class and against Defendant for:

      a.      Certification of this matter to proceed as a class action;

    b.    Statutory damages pursuant to 15 U.S.C. §1692k(a)(2)(B);

    c.    Attorney's fees, litigation expenses and costs of suit; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

>DONALD A. YARBROUGH, ESQ.
>Attorney for Plaintiff
>Post Office Box 11842
>Ft. Lauderdale, FL 33339
>Telephone: 954-537-2000
>Facsimile: 954-566-2235
>donyarbrough@mindspring.com
>
>By: s/ Donald A. Yarbrough
>    Donald A. Yarbrough, Esq.
>    Florida Bar No. 0158658
>
>SCOTT D. OWENS, ESQ.
>Attorney for Plaintiff
>Suite 106
>2000 East Oakland Park Boulevard
>Fort Lauderdale, Florida 33306
>Telephone: (954) 306-8104
>Facsimile: (954) 337-0666
>scott@scottdowens.com
>
>By: s/Scott D. Owens
>    Scott D. Owens, Esq.
>    Florida Bar No. 0597651