UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-80581-Civ-Middlebrooks/Johnson

RALSTON S. BROWN, JR.,
on behalf of himself and
all others similarly situated,

       Plaintiff,

v.

STEPHENS & MICHAELS ASSOCIATES, INC.,

       Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

      Plaintiff, Ralston S. Brown, Jr., submits this Notice of Pending Settlement and

states that the parties have reached a verbal settlement with regard to this case and are

presently drafting, finalizing, and executing the settlement and dismissal documents.

Upon execution of the same, the parties will file a notice of dismissal with the Court.


                        Respectfully submitted,

                        DONALD A. YARBROUGH, ESQ.
                        Attorney for Plaintiff
                        Post Office Box 11842
                        Fort Lauderdale, Florida 33339
                        Telephone: (954) 537-2000
                        Facsimile: (954) 566-2235
                        donyarbrough@mindspring.com

                        s/Donald A. Yarbrough
                        Donald A. Yarbrough, Esq.
                        Florida Bar No. 0158658

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-80581-Civ-Middlebrooks/Johnson

RALSTON S. BROWN, JR.,
on behalf of himself and
all others similarly situated,

     Plaintiff,

v.

STEPHENS & MICHAELS ASSOCIATES, INC.,

     Defendant.
_____/

## CERTIFICATE OF SERVICE

    **I HEREBY CERTIFY** that on <u>August 25, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>s/Donald A. Yarbrough</u>
Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Kenneth C. Grace, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2465
Facsimile: 866-466-3140

<u>Via Notices of Electronic Filing generated by CM/ECF</u>