UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-80581-Civ-Middlebrooks/Johnson

RALSTON S. BROWN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

STEPHENS & MICHAELS ASSOCIATES, INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1)(ii) and having amicably resolved all matters in controversy between Plaintiff, RALSTON S. BROWN, and Defendant, STEPHENS & MICHAELS ASSOCIATES, INC., the parties jointly stipulate to a Dismissal with Prejudice of this action of Plaintiff's individual claims, and without prejudice as to any putative claims, with each party to bear its own attorney's fees and costs except as otherwise agreed by the parties. As no motion for class certification has been filed, and no class certified, no notice or court oversight is required pursuant to Rule 23(e).

| | |
|---|---|
| Donald A. Yarbrough, Esq. | Kenneth C. Grace, Esq. |
| Attorney for Plaintiff | Attorney for Defendant |
| Post Office Box 11842 | Sessions, Fishman, Nathan & Israel, LLC |
| Fort Lauderdale, Florida  33339 | Suite 195 |
| Telephone: 954-537-2000 | 3350 Buschwood Park Drive |
| Facsimile: 954-566-2235 | Tampa, FL 33618 |
| | Telephone: 813-890-2465 |
| | Facsimile: 866-466-3140 |
| | |
| By:  /s/ Donald A. Yarbrough | By: /s/ Kenneth C. Grace |
| Donald A. Yarbrough, Esq. | Kenneth C. Grace, Esq. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.: 11-80581-Civ-Middlebrooks/Johnson

RALSTON S. BROWN,
on behalf of himself and
all others similarly situated,

    Plaintiff,

v.

STEPHENS & MICHAELS ASSOCIATES, INC.,

    Defendant.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on <u>September 19, 2011</u>, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                        <u>s/Donald A. Yarbrough</u>
                                        Donald A. Yarbrough, Esq.

## SERVICE LIST

Mr. Kenneth C. Grace, Esq.
Sessions, Fishman, Nathan & Israel, LLC
Suite 195
3350 Buschwood Park Drive
Tampa, FL 33618
Telephone: 813-890-2465
Facsimile: 866-466-3140

<u>Via Notices of Electronic Filing generated by CM/ECF</u>