UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-80581-CIV-MIDDLEBROOKS/JOHNSON

RALSTON S. BROWN, JR.,

    Plaintiff,

v.

STEPHENS & MICHAELS ASSOCIATES, INC.,

    Defendant.

_____/

## FINAL ORDER OF DISMISSAL

THIS CAUSE is before the Court upon the parties Joint Stipulation of Dismissal with Prejudice (DE 29). The Court having been advised that all claims and causes of action between or among the parties have been amicably resolved, it is hereby,

ORDERED AND ADJUDGED that the above-captioned case is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and fees except as otherwise agreed by the parties. The dismissal has no bearing on the claim of any putative class member, as no class was certified, and the claims of the putative class members are dismissed <u>without</u> prejudice. All pending motions are denied as moot.[1] The Clerk shall CLOSE THIS CASE.

DONE AND ORDERED at Chambers in West Palm Beach this 21 day of September, 2011.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

Copies to:    Counsel of Record

---

[1] Specifically DE 22 and DE 23.